UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RACHEL BURD,<br><br>　　　　　　Plaintiff,<br>v.<br><br>COUNTRYWIDE SECURITIES,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-00338-MMD-VCF<br><br>ORDER |

　　　　On October 23, 2013, the Court granted Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (dkt. no. 5). (Dkt. no. 18.) The Court dismissed Plaintiff's Complaint without prejudice, and provided Plaintiff with an opportunity to file an amended complaint within thirty (30) days of its Order. (*Id.* at 3.) The Order stated that if Plaintiff failed to amend her Complaint within thirty (30) days, the action would be dismissed with prejudice. (*Id.*)

　　　　More than thirty (30) days have elapsed since the Court's Order and Plaintiff has failed to file an amended complaint. The Court, therefore, dismisses the action with prejudice.

　　　　The Clerk of the Court is directed to close this case.

DATED THIS 10th day of December 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE